UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>LAKE MURRAY, LLC, a Nevada limited liability company, et al.,<br><br>　　　　　　　　　Defendants | Case No.: 19cv995-LAB (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 14]** |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 14. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. FRCP 41(a).

**IT IS SO ORDERED**.

Dated: September 19, 2019

*Larry A. Burns*
**Hon. Larry Alan Burns**
Chief United States District Judge